UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RABHA R. ABDELLATIF; LAURA A. ENRIQUEZ; and THERESA MCCAMBRIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANTS' CREDIT GUIDE COMPANY, <br><br> Defendant. | Case No. 1:21-cv-03245 |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs, RABHA R. ABDELLATIF; LAURA A. ENRIQUEZ; and THERESA MCCAMBRIDGE, voluntarily dismiss Defendant, MERCHANTS' CREDIT GUIDE COMPANY, with prejudice from this action with each party to bear their own attorney's fees and costs. This notice of voluntary dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: July 12, 2021

Respectfully submitted,

**RABHA R. ABDELLATIF; LAURA A. ENRIQUEZ; and THERESA MCCAMBRIDGE**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100
jdavidson@fightbills.com

1